**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAKEITH L. MCCOY,<br><br>       Plaintiff,<br><br>   v.<br><br>DARRIN KING, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-00238 KES CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, TERMINATING PENDING MOTIONS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Doc. 44 |

LaKeith L. McCoy seeks to hold the defendants—correctional officers at California Correctional Institution in Tehachapi—liable for malicious prosecution. *See* Docs 1, 12, 30. Defendants moved to dismiss the complaint, asserting the claim fails as a matter of law. Doc. 38. After McCoy failed to respond to the motion, the Court ordered McCoy to show cause why the action should not be dismissed. Doc. 43. McCoy did not respond to the order.

The magistrate judge found McCoy failed to prosecute the case, failed to comply with the Court's order to show cause, and failed to comply with Local Rule 230. *Id.* at 2, 3. The magistrate judge found terminating sanctions were appropriate for McCoy's inaction after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988), and recommended dismissal without prejudice. *Id.* at 3-5.

1

On March 12, 2026, the Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days.  Doc. 44 at 5.  The Court also advised McCoy that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal."  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Neither McCoy nor the defendants filed objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed this matter de novo.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1.      The findings and recommendations issued on March 12, 2026, Doc. 44, are **ADOPTED** in full.

2.      This action is **DISMISSED** without prejudice for Plaintiff's failure to prosecute this action and failure to comply with the Court's order and the Local Rules.

3.      Defendants' motions to dismiss and stay discovery (Docs. 38, 40) are terminated as **MOOT**.

4.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 10, 2026

_____
UNITED STATES DISTRICT JUDGE

2